)No. 943. UNITED STATES *v.* RADIO CORPORATION OF AMERICA ET AL. Appeal from the United States District Court for the Eastern District of Pennsylvania. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Bernard M. Hollander* and *Raymond M. Carlson* for the United States. *Bernard G. Segal, Edward W. Mullinix, Josephine H. Klein* and *Lawrence J. McKay* for appellees.

No. 926. CHINN *v.* CHINN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Eugene X. Murphy* for petitioner. *Belford V. Lawson, Jr.* and *Marjorie A. McKenzie* for respondent.

No. 966. NEW MEXICO *v.* BEGAY. Supreme Court of New Mexico. Certiorari denied. *Fred M. Standley,* Attorney General of New Mexico, and *Robert F. Pyatt* and *Alfred P. Whittaker,* Assistant Attorneys General, for petitioner. *Norman M. Littell, Laurence Davis* and *Charles M. Tansey, Jr.* for respondent.